**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-00466-CMA-BNB

KEVIN V. COOK,

    Plaintiff,

v.

WYETH LLC,
WYETH PHARMACEUTICALS, INC.,
PFIZER INC.,
SCHWARZ PHARMA INC.,
SCHWARZ PHARMA AG,
UCB GmbH,
ALAVEN PHARMACEUTICAL, LLC,
WOCKHARDT USA,
MORTON GROVE PHARMACEUTICALS, INC.,
TEVA PHARMACEUTICALS USA, INC.,
TEVA PHARMACEUTICAL INDUSTRIES, LTD.,
PLIVA, INC.,
PLIVA D.D.,
BARR PHARMACEUTICALS, LLC, and
BARR LABORATORIES, INC.,

    Defendants.

## ORDER OF RECUSAL

This matter is before me on a review of the file.  Based on my past professional relationship with Defendants Wyeth LLC's and Wyeth Pharmaceuticals, Inc.'s counsel, I believe that I should recuse myself.  It is, therefore,

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

DATED:  April __25__, 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge