IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00466-MSK-BNB

KEVIN V. COOK,

Plaintiff,

v.

WYETH LLC,
WYETH PHARMACEUTICALS, INC.,
PFIZER INC.,
SCHWARZ PHARAMA, INC.,
SCHWARZ PHARMA AG,
UCB GMBH,
ALAVEN PHARMACEUTICAL, LLC,
TEVA PHARMACEUTICALS USA, INC.,
TEVA PHARMACEUTICAL INDUSTRIES, LTD.,
PLIVA, INC.,
PLIVA D.D.,
BARR PHARMACEUTICALS, LLC,
BARR LABORATORIES, INC.,

Defendants.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Motion to Vacate and Reset Scheduling/Planning Conference** [docket no. 61, filed May 2, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for May 25, 2011, is **vacated and reset to June 14, 2011, at 2:00 p.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., and confidential settlement statements are due on or before **June 7, 2011**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED: May 3, 2011